

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

September 12, 2018

Chambers, Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

Re:        Jennifer L. Vitiello
Case No.   17-36739-cgm
Loan No.   ...2383

Dear Judge Morris:

    Please allow this letter to serve as a written status report, submitted on behalf of Selene Finance LP (the "Servicer") pursuant to the Southern District of New York Loss Mitigation Program Procedures.

    Our firm has received documents from the Debtor's counsel related to the Debtor's divorce on September 10, 2018. It is our understanding based on the Debtor's counsel's status letter that the Debtor is working on securing the additional documents needed.

    If there are any questions, please feel free to contact me directly at 716-204-1781.

                                     Very truly yours,
                                     Gross Polowy, LLC as counsel to the Servicer

                              By:    *S/Dennis Jose, Esq.*

cc.    ECF and Email
      Rick S. Cowle, Esq.